IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANK ALBERT FLOREZ, | ) | No. C 0 06-04141 JSW (PR) |
| Petitioner, | ) ) | |
| vs. | ) ) | **ORDER GRANTING REQUEST FOR EXTENSION OF TIME** |
| TOM CAREY, WARDEN, et.al | ) ) | |
| Respondent. | ) ) ) | (Docket No. 15) |

     Petitioner, a prisoner of the State of California, has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254. The Court ordered Respondent to show cause why the petition should not be granted. Respondent filed an answer and Petitioner moved for an extension of time (docket no. 15). Plaintiff subsequently filed a traverse to the answer. Good cause appearing, the request is GRANTED (docket no. 15) and the traverse is deemed timely.

     IT IS SO ORDERED.

DATED: November 7, 2007

                                                    JEFFREY S. WHITE
                                                    United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FRANK ALBERT FLOREZ,

       Plaintiff,

  v.

TOM CAREY et al,

       Defendant.

Case Number: CV06-04141 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 7, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Frank Albert Florez
Correctional Facility North
V18804
North R.A. #121-Up
P.O. Box 705
Soledad, CA 93960

Michael D. O'Reilley
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dated: November 7, 2007

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk