IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ALBERT FLOREZ, | No. C 06-4141 JSW (PR) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| THOMAS L. CAREY, Warden, | |
| Respondent. | |

The Court has denied this petition for a writ of habeas corpus. A judgment is entered in favor of Respondent. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: March 2, 2009

*Jeffrey S. White*
JEFFREY S. WHITE
United States District Judge

|     |     |
| --- | --- |
| 1   | UNITED STATES DISTRICT COURT |
| 2   | FOR THE |
| 3   | NORTHERN DISTRICT OF CALIFORNIA |

FRANK ALBERT FLOREZ,

        Plaintiff,

  v.

TOM CAREY et al,

        Defendant.
_____/

Case Number: CV06-04141 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 2, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Frank Albert Florez
V18804
P.O. Box 5246
Corcoran, CA 93212

Dated: March 2, 2009

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk