ORIGINAL

Mr. Frank Albert Florez
CDCR ID #V-18804
CTF-North R.B. 314
P.O. Box 705
Soledad, CA 93960
   In Pro se

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ALBERT FLOREZ,<br><br>    Petitioner,<br><br>vs.<br><br>THOMAS L. CARREY, Warden,<br><br>    Respondent. | Case No. C 06-4141 JSW (PR)<br><br>**PETITIONER'S MOTION FOR RELIEF FROM DEFAULT FOR LATE FILING OF NOTICE OF APPEAL** |

Under Federal Rule of Appellate Procedure Rule 4(a)(5), Petitioner-Appellant Frank Albert Florez request a thirty day extension of time to file Notice of Appeal. Currently, the last day to file notice of appeal was Tuesday, April 2, 2009. Rules 3, 4, Fed.R.App.P.

The reasons for this request are set forth in the accompanying Declaration of Frank Albert Florez.

Dated: May 3, 2009

Respectfully submitted,

Frank Albert Florez
In Pro se

1

Mr. Frank Albert Florez
CDCR ID #V-18804
CTF-North R.B. 314
P.O. Box 705
Soledad, CA 93960
   In Pro se

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANK ALBERT FLOREZ,            Case No. C 06-4141 JSW (PR)

    Petitioner,

vs.                             DECLARATION OF PETITIONER IN SUPPORT OF PETITIONER'S MOTION FOR RELIEF FROM DEFAULT FOR LATE FILING OF NOTICE OF APPEAL

THOMAS L. CAREY, Warden,

    Respondent. /

I, Frank Albert Florez, declare:

   I am a state prisoner the petitioner-appellant in the above entitle cause of action proceeding without counsel petition for a writ of habeas corpus under 28 U.S.C. § 2254. This Court issued an ordered denying petition for a writ of habeas corpus on March 2, 2009.

   1. When I received this denial of habeas relief from the U.S. Northern District Court I was housed at Corcoran State Prison, and due to the over crowded contitions and the ongoing lockdowns therein Corcorn, and without a court order deadline I was not able to access the law library therein.

   2. To further impede my ability to file the notice of appeal within the time frames on or about April 5, 2009, I was told to pack up my personal property because I was being transferred to Soledad State Prison CTF-North.

   3. On April 9, 2009, I was transferred from Corcorn to Soledad State Prison CTF-North. Upon my arrival I was confined to quarter do to my new arrival

1 of 2,

status (CTQ) and on April 22, 2009, I appeared before CTF-North Classification Committee thereafter I was released to general population.

4. Due to the overcrowded conditions and ongoing lockdowns herein CTF-North A-Yard, and without court order deadlines I was not given priority access to law library herein CTF-North has impeded my ability to properly research and meet the required time frame to file a notice of appeal.

5. Petitioner-Appellant has not sought any extension before now.

6. I have exercised diligence in seeking to accomplish all that needs to be done on time, but find that the requested extension is required to properly prepare the notice of appeal.

7. This request is not made for any improper purposes, the request extension will cause no prejudice to Respondent-Appellee and I am confident that I can complete the Notice of Appeal within the thirty days.

I declare under penalty of perjury that the above statements are true.

Dated: May 3, 2009

*Frank Florez* (signature)

Declarant/Frank Albert Florez
CDCR ID #V-18804
In Pro se

Mr. Frank Albert Florez
CDCR ID #V-18804
CTF-North R.B. 314
P.O. Box 705
Soledad, CA 93960

In Pro se

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ALBERT FLOREZ, | Case No. C 06-4141 JSW (PR) |
| Petitioner-Appellant, | **NOTICE OF APPEAL** |
| vs. | |
| THOMAS L. CAREY, Warden, | |
| Respondent-Appellee. | |

Petitioner-Appellant Frank Albert Florez, is a state prisoner proceeding without counsel appeal to the United States Court of Appeals for the Ninth Circuit from the order of the United States District Court for the Northern District of California filed March 2, 2009, granting a judgment in favor of Respondent, based on the Court found "there was no constitutional error found in the preceding claims, there is nothing to accumulate in order to warrant relief."

Dated: May 3, 2009,

Respectfully submitted,

*Frank Florez*
Frank Albert Florez

In Pro se

## DECLARATION OF SERVICE BY MAIL

CASE NAME: FRANK ALBERT FLOREZ, Petitioner vs. THOMAS L. CAREY, Warden, Respondent.

CASE NO.: C 06-4141 JSW (PR)

I, __Gregory Tabarez__, declare that I am over the age of eight-teen (18) years; I am/am not a party to the attached action; I served the attached documents entitled: MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL; NOTICE OF APPEAL

on the persons/parties specified below by placing a true copy of said documents into a sealed envelope with the appropriate postage affixed thereto and surrendering said envelope(s) to the staff of the California Department of Corrections and Rehabilitation Facilities entrusted with the logging and mailing of inmate legal mail addressed as follows:

(1) U.S. District Court for the Northern District of California

There is First Class mail delivery service by the United States Post Office between the place of mailing and the addresses indicated above. I declare under the penalty of perjury under the laws of the United States and the of California that the foregoing is true and correct and that I executed this service this __3__ day of __May 2009__, in __Soledad State Prison__, California.

_Gregory Tabarez_
Declarant