1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT
6        FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8   FRANK ALBERT FLOREZ,            )   No. C 0 06-04141 JSW (PR)
                                    )
9              Petitioner,          )
                                    )
10  vs.                            )   **ORDER DENYING MOTION TO FILE**
                                    )   **UNTIMELY APPEAL**
11  TOM CAREY, WARDEN, et.al        )
                                    )   (Docket No. 22)
12                                  )
               Respondent.          )
13                                  )
14  _____

15          Petitioner, a prisoner of the State of California, filed a habeas corpus petition

16  pursuant to 28 U.S.C. § 2254.  On March 2, 2009, this Court denied the petition on the

17  merits.  On May 7, 2009, 66 days after judgment, Petitioner filed a motion for relief from

18  Petitioner's failure to file a timely notice of appeal (docket no. 22).  In the motion,

19  Petitioner informs the Court that after receiving the Court's decision denying relief,

20  Petitioner was informed that he would be moved to another prison and that his move to

21  another prison in April impeded his ability to timely file a notice of appeal.

22          An appeal of right may be taken only by filing a valid notice of appeal in the

23  district court. Fed. R. App. P. 3(a)(1).  Rule 4(a) of the Federal Rules of Appellate

24  Procedure requires that a notice of appeal "be filed with the clerk of the district court

25  within 30 days after the entry of the judgment or order appealed from."  Fed. R. App. P.

26  4(a)(1).  Rule 4(a)(5) allows a motion for an extension of time if the party requests it

27  within thirty days of the expiration of the time to file the notice and shows excusable

28  neglect or good cause.  *See* Fed. R. App. P. 4(a)(5).  Because Petitioner filed his motion

beyond the allowable time for this Court to provide an extension under Rule 4(a)(5), the Court lacks authority to provide Petitioner the requested relief.  Therefore, Petitioner's motion is DENIED (docket no. 22).

IT IS SO ORDERED.

DATED:  March 12, 2010

_____
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


FRANK ALBERT FLOREZ,

          Plaintiff,

  v.

TOM CAREY et al,

          Defendant.

_____/

Case Number: CV06-04141 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 12, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Frank Albert Florez
V18804
P.O. Box 5246
Corcoran, CA 93212

Dated: March 12, 2010

                    Richard W. Wieking, Clerk
                    By: Jennifer Ottolini, Deputy Clerk